# EXHIBIT 3
## (Claims Chart U.S. Patent 7,568,502)

# Patent Infringement Review of Faster Coupling

## US Patent 7,568,502





ENGINEERING **YOUR** SUCCESS.

September 16, 2022

# CLAIM 1

1. A coupling for a hydraulic or pneumatic assembly comprising:

**a housing** having **a bore**;

**a female coupler** movable within the bore between

> **an operating position** whereat, when a male coupler is coupled thereto, the male coupler is retained in the female coupler,
>
> **a release position** whereat the male coupler can be released from the female coupler, and
>
> **a coupling position** whereat the male coupler can be coupled to the female coupler;

**a pressure relief valve** that includes **a plunger** movable from **a closed position** to **an open position** respectively blocking and permitting release of pressurized fluid from **a flow passage** inside the female coupler;

**a cam member** movable to initially move the valve plunger from its closed position to its open position and then to move the female coupler from its operating position to its release position, thereby allowing the pressure relief valve to release pressurized fluid from the flow passage of the female coupler prior to removal of the male coupler; and

**a stop member** for moving the plunger from its closed position to its open position when the female coupler is moved to its coupling position, thereby allowing the pressure relief valve to release pressurized fluid from the flow passage of the female coupler prior to coupling of the male coupler;

wherein the cam member can move away from the plunger when the female coupler is in its coupling position and the plunger is held in its open position by the stop member.

**Parker**

**a housing having a bore**



**Bore**

**Housing**



# a female coupler movable within the bore

**Female Coupler**





an operating position whereat, when a male coupler is coupled thereto, the male coupler is retained in the female coupler,

Operating Position





**a release position whereat the male coupler can be released from the female coupler**

Release
Position





**a coupling position whereat the male coupler can be coupled to the female coupler;**



Coupling
Position



**a pressure relief valve that includes a plunger movable from a closed position to an open position respectively blocking and permitting releas of pressurized fluid from a flow passage inside the female coupler;**

**Pressure Relief Valve**

The stop has been machined to expose the inside of the slot feature.

**Closed Position**

**Open Position**



a cam member movable to initially move the valve plunger from its closed posit
to its open position and then to move the female coupler from its operating
position to its release position, thereby allowing the pressure relief valve to
release pressurized fluid from the flow passage of the female coupler prior to
removal of the male coupler



Cam Member movable. Plunger closed

Cam Member moved Plunger open

Cam Member moved Release position

a stop member for moving the plunger from its closed position to its op
position when the female coupler is moved to its coupling position,
thereby allowing the pressure relief valve to release pressurized fluid fr
the flow passage of the female coupler prior to coupling of the male
coupler;

Stop
Member

Pressure
Relief valve
open



Coupling
Position



**WHEREIN A CAM MEMBER CAN MOVE AWAY FROM A PRESSURE RELIEF VALVE PLUNGER WHEN A FEMALE COUPLER IS IN A COUPLING POSITION AND THE PLUNGER IS HELD IN AN OPEN POSITION BY A STOP MEMBER,**

**Stop Member**

**Coupling Position**



**Cam member can move away**



# CLAIM 2

2. A coupler as set forth in claim 1, wherein
the stop member is movable relative to the housing.



**Stop member is movable
relative to the housing**



# CLAIM 3

3. A coupler as set forth in claim 1, wherein
the stop member is movable with the cam member.



**Cam member**

**Stop member**

**Stop member is movable
with the cam member**

Parker

# CLAIM 4

4. A coupler as set forth in claim 1, wherein
locking members lock the female coupler to the housing when the female coupler
is in the operating position.

.

**Locking members
(items 50 in the 502
patent sheet 2, 3, and
4)**



Parker

# CLAIM 5

5. A coupler as set forth in claim 1, wherein
the housing includes a sump chamber and wherein the flow passage in the female
coupler communicates with the sump chamber when the plunger is in the open
position.

**Sump chamber**



**Female coupler
communicates
with the sump
when the
plunger is in the
open position**

**Flow passage**

# CLAIM 6

6. A coupler as set forth in claim 1, wherein
the stop member includes a surface which pushes the plunger to the open position
and wherein this surface includes an opening for the fluid released from the flow
passage in the female coupler to pass therethrough.



Stop member

Stop member includes a surface that
pushes the plunger to the open position
and this surface includes an opening for
the fluid released to pass therethrough

opening

# CLAIM 7

7. A coupler as set forth in claim 1, further comprising
another bore in the housing, another female coupler, another pressure relief valve,
another cam member, and another stop member.

.



Another bore

Another female
coupler

Another pressure
relief valve

Another stop
member

Another cam



# CLAIM 8

8. A coupler as set forth in claim 7, wherein
the cam members are movable by a lever.



Lever

Cam Members

Parker

# CLAIM 9

9. A coupler as set forth in claim 7, wherein
the lever can only move one female coupler from the operating position to the release position at a time.



The lever can only turn one of the females from the operating position to the release position due to the folding construction and the way the push/pull action of the lever only activates one coupling at a time.



# CLAIM 10

10. A coupler as set forth in claim 7, wherein
the lever comprises a rod pivotal about a pivot point and wherein the cam
members are carried by the rod on opposite sides of the pivot point.

Rod pivots on
a pivot point
and the Cam
members are
carried by the
rod



Pivot axis

Cam Members on
opposite sides of
the pivot point

Pivot point





# CLAIM 11

11. A female coupler assembly

wherein a cam member can move away from a pressure relief valve plunger when a female coupler is in a coupling position and the plunger is held in an open position by a stop member,

wherein the stop member is positioned relative to the plunger so that, regardless of the position of the cam member, the stop member will engage the plunger when the female coupler is in the coupling position.



**WHEREIN A CAM MEMBER CAN MOVE AWAY FROM A PRESSURE RELIEF VALVE PLUNGER WHEN A FEMALE COUPLER IS IN A COUPLING POSITION AND THE PLUNGER IS HELD IN AN OPEN POSITION BY A STOP MEMBER,**

**Stop Member**

**Coupling Position**



**Cam member can move away**



**WHEREIN THE STOP MEMBER IS POSITIONED RELATIVE TO THE PLUNGER SO THAT, REGARDLESS OF THE POSITION OF THE CAM MEMBER, THE STOP MEMBER WILL ENGAGE THE PLUNGER WHEN THE FEMALE COUPLER IS IN THE COUPLING POSITION.**




# CLAIM 12

12. A female coupler assembly as set forth in claim 11, wherein
the stop member is movable relative to the housing.



**Stop member is movable
relative to the housing**



# CLAIM 13

13. A female coupler assembly as set forth in claim 11, wherein the stop member is movable with the cam member.



**Cam member**

**Stop member**

**Stop member is movable with the cam member**



# CLAIM 14

14. A female coupler assembly as set forth in claim 11, wherein
locking members lock the female coupler to a housing when the female coupler is
in the operating position.

**Locking members
(items 50 in the 502
patent sheet 2, 3, and
4)**



# CLAIM 15

15. A female coupler assembly as set forth in claim 11, wherein
the stop member includes a surface which pushes the plunger to the open position
and wherein this surface includes an opening for the fluid released from the flow
passage in the female coupler to pass therethrough.



Stop member

Stop member includes a surface that
pushes the plunger to the open position
and this surface includes an opening for
the fluid released to pass therethrough

opening