IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Parker-Hannifin Corp., et al. | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) )   Civil Action No. 3:23-cv-01704-JJH |
| Faster, Inc., et al. | ) ) ) |
| *Defendants*. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of Court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Defendants having neither filed an answer nor a motion for summary judgment, Plaintiffs hereby voluntarily dismiss this action against Defendants with prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

Dated: March 6, 2024

/s/ Ray L. Weber
Ray L. Weber (0006497)
Laura J. Gentilcore (0034702)
Renner, Kenner, Greive, Bobak, Taylor & Weber
106 South Main Street, Suite 400
Akron, Ohio 44308
Telephone: (330) 376-1242
Fax: (330) 376-9646
Email: rlweber@rennerkenner.com
Email: ljgentilcore@rennerkenner.com

*Attorneys for Plaintiffs*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge